# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.**                                                  **PLAINTIFF**

**V.**                  **CASE NO.: 5:10CV00169 BSM JTK**

**PAIGE CLINE, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED THIS 14th day of July, 2010.

                                             _____
                                             UNITED STATES DISTRICT JUDGE